# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154363

THE DETROIT MEDICAL CENTER,
      Plaintiff-Appellee,

v

MICHIGAN PROPERTY & CASUALTY
GUARANTY ASSOCIATION,
      Defendant-Appellant,

and

MICHIGAN ASSIGNED CLAIMS FACILITY,
      Defendant.

SC: 154363
COA: 326793
Wayne CC: 13-015970-NF

_____/

On order of the Court, the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to that court for reconsideration in light of *Covenant Medical Center, Inc v State Farm Mutual Auto Ins Co*, 500 Mich ___ (Docket No. 152758, decided May 25, 2017).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



a0906

Clerk